FILED
Charlotte
11/22/2024
U.S. District Court
Western District of N.C.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 3:24-cr-243 - MOC |
| Maurice Hopkins | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Maurice Hopkins,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 245(b)(2)(F)

Date:   11/20/2024

*Issuing officer's signature*

KATHERINE H. SIMON, CLERK OF COURT

City and state:   Charlotte, North Carolina

*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/2024, and the person was arrested on *(date)* 11/21/2024
at *(city and state)* Charlotte, North Carolina

Date: 11/21/2024

*Arresting officer's signature*

Kelsey Coppinger, Special Agent
*Printed name and title*