UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO.: 3:24-CR-243-MOC |
| v. ) | |
| ) | **FACTUAL BASIS** |
| MAURICE HOPKINS ) | |
| ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. The defendant, Maurice HOPKINS, did, by force and threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with, A.G., D.K., N.S., D.A., Y.C., R.I., M.J., and Y.P., because of their race, color, religion and national origin, and because they were enjoying the goods, services and facilities of a restaurant, Zambies Pizza, in Charlotte, North Carolina and did so including the use, attempted use, and threatened use of a dangerous weapon, that is, a firearm.

2. On June 8, 2024, HOPKINS, went to Zambies Pizza, located in Charlotte, North Carolina, within the Western District.

3. While there, HOPKINS encountered a group of friends – A.G., D.K., N.S., D.A., Y.C., R.I., M.J., and Y.P. (collectively referred to as "the victims") – all Indian nationals with student visas to study in the United States, who were getting pizza at the time.

4. HOPKINS inquired if they were American and began to harass the victims, calling them terrorists, demanding they speak English, telling them to go back to their country, and making other statements because of their race, color, religion and national origin.

5. HOPKINS made multiple threats, including threatening to punch the victims in the face and go retrieve a firearm and return to kill all of them.

6. HOPKINS left the restaurant and returned minutes later, walking through the doorway with a loaded AR-15 style rifle. The victims immediately fled in fear through a door in the rear of the restaurant.

RUSS FERGUSON
United States Attorney

_____
NICK J. MILLER
Assistant United States Attorney

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Superseding Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Superseding Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____ DATED: 7/15/25
NICOLE LYBRAND
ISAAC ANDRES CORDERO
Attorneys for Defendant

7-15-25

2